JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JENNIFER PERUGINI, | ) | Case No: 2:18-CV-09380-KK |
|---|---|---|
| Plaintiff | ) | [PROPOSED] JUDGMENT |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: June 12, 2019

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge

-1-